1

2

3

4

5                    **IN THE UNITED STATES DISTRICT COURT**

6                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    UNITED STATES, for the use and              CASE NO. CV-F-07-1853 LJO SMS
     benefit of AMERICAN SPECIALTY
9    INSULATION, INC.,

10                     Plaintiff,                **ORDER TO SIGN AND RETURN**
                                                 **MAGISTRATE JUDGE CONSENT FORM**
11        v.

12   FIRST NATIONAL INSURANCE
     COMPANY OF AMERICA., et al,
13
                       Defendants.
14   _____/

15

16        At the April 1, 2008 scheduling conference, Defendants First National Insurance Company of

17   America, American Incorporated, and Reva Murphy Associates, Inc. indicated that they consent to the

18   conduct of further proceedings by a United States Magistrate Judge.  Plaintiff United States, for the use

19   and benefit of American Specialty Insulation, Inc. also informed the Court that it consents to the conduct

20   of further proceedings by a United States Magistrate Judge.  As such, this Court:

21        1.      ORDERS all parties, no later than April 21, 2008, to date, sign and file a Consent to

22                Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"); and

23        2.      DIRECTS the clerk to attach a consent form to this order.

24   Once the consent form is signed and filed, this Court will re-assign this case to United States Magistrate

25   Judge Sandra M. Snyder for all further proceedings.

26        IT IS SO ORDERED.

27   **Dated:    April 11, 2008**             _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
28

                                              1