# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use and benefit of AMERICAN SPECIALTY INSULATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL INSURANCE COMPANY OF AMERICA., et al, <br><br> Defendants. <br> _____/ | CASE NO. CV-F-07-1853 LJO SMS <br><br> **ORDER TO SHOW CAUSE WHY FREEMAN DEFENDANTS SHOULD NOT BE DISMISSED** |

In the March 25, 2008 Joint Scheduling Report, Plaintiff represented that Defendants Freeman, Inc., Freeman Mechanical & Electrical, and Freeman Air Mechanical Contractor, Inc. ("Freeman Defendants") were served on March 2, 2008. Plaintiff represented to this Court in both the Joint Scheduling Report and at the April 1, 2008 scheduling conference that Plaintiff would move immediately for entry of default judgment against the Freeman Defendants. Plaintiff has not moved for entry of default judgement. Moreover, the docket does not reflect that the Freeman Defendants were served. Therefore, **this Court ORDERS Plaintiff, no later than April 21, 2008, to file and serve papers to show cause why the Freeman Defendants should not be dismissed**. This Court will discharge this order to show cause if, no later than April 18, 2008, Plaintiff files proof of service, or moves for entry of default judgment against the Freeman Defendants.

IT IS SO ORDERED.

**Dated:   April 11, 2008**                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1