IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use and benefit of AMERICAN SPECIALTY INSULATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL INSURANCE COMPANY OF AMERICA., et al, <br><br> Defendants. | CASE NO. CV-F-07-1853 LJO SMS <br><br> **ORDER TO SHOW CAUSE WHY FREEMAN DEFENDANTS SHOULD NOT BE DISMISSED** |

In the March 25, 2008 Joint Scheduling Report, Plaintiff represented that Defendants Freeman, Inc., Freeman Mechanical & Electrical, and Freeman Air Mechanical Contractor, Inc. ("Freeman Defendants") were served on March 2, 2008. Plaintiff represented to this Court in both the Joint Scheduling Report and at the April 1, 2008 scheduling conference that Plaintiff would move immediately for entry of default judgment against the Freeman Defendants. Plaintiff has not moved for entry of default judgement. Therefore, **this Court ORDERS Plaintiff, no later than May 2, 2008, to file and serve papers to show cause why the Freeman Defendants should not be dismissed**. This Court will discharge this order to show cause if, no later than May 1, 2008, Plaintiff moves for entry of default judgment against the Freeman Defendants.

IT IS SO ORDERED.

**Dated:     April 29, 2008                    /s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE