**LAW OFFICES OF MAX KOENIG**
Max Koenig, California Bar No. 127186
2020 Eye Street, Suite 201
Bakersfield, California 93301
Telephone (661) 633-1162
Facsimile (866) 507-9886

Attorney for Plaintiff, American Specialty Insulation, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use and Benefit of AMERICAN SPECIALTY INSULATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, ET AL.<br><br>Defendants. | No. 1:07-cv-01853 SMS<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT** |

Use Plaintiff American Specialty Insulation, Inc. and defendants First National Insurance Company of America, Reva Murphy Associates, Inc. and American Incorporated hereby stipulate to the dismissal of the complaint with prejudice.

Dated: July 17, 2008  Law Offices of Max Koenig

By /s/ Max Koenig
Attorney for American Specialty Insulation, Inc.

Dated: July 17, 2008  Braun & Melucci, LLP

By /s/ William J. Braun
Attorney for First National Insurance Company of America, Reva Murphy Associates, Inc. And American Incorporated

IT IS SO ORDERED.

**Dated:  July 21, 2008**   /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER DISMISSING COMPLAINT**